# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:04CR18

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) **ORDER**<br>EDWARD DARNELL BONDS (2), )<br>)<br>Defendant. )<br>_____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Judgment of Acquittal, orally made by Defendant's attorney at the close of evidence on September 23, 2005. Having heard all of the evidence at trial and taking such evidence in the light most favorable to the Government, the Court finds that Defendant is not entitled to a judgment of acquittal.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Judgment of Acquittal is hereby **DENIED**.

**Signed: October 14, 2005**

Richard L. Voorhees
United States District Judge